# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANDRE LEROY JAMISON,

    Plaintiff,

v.

COUNTY OF OAKLAND,
CITY OF PONTIAC (*previously dismissed*), DANIEL MAIN,
and JASON TEELANDER,

    Defendants.

_____/

Case No. 15-cv-13748

Honorable Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

## **STIPULATED ORDER OF DISMISSAL**

This matter having come before the Court upon stipulation of the Parties, through counsel, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs to any party.

s/Laurie J. Michelson

Dated: November 28, 2017

LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

THE PARTIES STIPULATE TO THE ENTRY OF THE ABOVE ORDER:

*/s/ with consent of Mark H. Magidson*
Mark H. Magidson
615 Griswold, Suite 810
Detroit, MI 48226
(313) 963-4311
mmag100@aol.com
Attorney Bar No. P25581

*Attorney for Plaintiff*

*/s/ Mary M. Mara*
Mary M. Mara
Oakland County Corporation Counsel
1200 N. Telegraph Rd., Bldg. 14E
Pontiac, MI 48341-0419
(248) 975-9616
maram@oakgov.com
Attorney Bar No. P45114

*/s/ David N. Asmar*

David N. Asmar
Oakland County Corporation Counsel
1200 N. Telegraph Rd., Bldg. 14E
Pontiac, MI 48341-0419
(248) 858-0456
asmard@oakgov.com
Attorney Bar No. P74069

***Attorneys for Defendants***